Poplar Oaks, INC.,
   Plantiff

John Doe Subscriber assigned
IP address 75.74.184.31,
   Defendant



April 7, 2015

Re: Civil Action No. 0:15-cv-60281-WJZ

I have a device that was assigned an IP address 75.74.184.31. I am requesting a protective motion to quash or vacate the Subpoena for I was allegedly accused of downloading or uploading material by Good Man Productions.

Sincerely,

X _____
Vladimir Girol

4170 Inverrary DR #307
Lauderhill Fl 33319