**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| POPLAR OAKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.:  15-cv-60281-WJZ |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 75.74.184.31, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION**
**TO DEFENDANT'S MOTION TO QUASH [CM/ECF 11]**

Either Defendant's Motion at CM/ECF 11 was filed in error or Defendant is attempting to get a second bite at the apple by re-filing the exact same Motion this Court previously denied. Defendant previously filed the exact same Motion on April 1, 2015.  *See* CM/ECF 7.  Plaintiff responded on April 24, 2015.  *See* CM/ECF 8.  On April 28, 2015, the Court denied Defendant's Motion.  *See* CM/ECF 10.  Defendant's re-filed identical Motion is improper and should be stricken.  Alternatively, to the extent the Court declines to strike the Motion and addresses the merits of Defendant's second Motion, Plaintiff hereby incorporates by reference the same arguments previously asserted in its Response at CM/ECF 8.  For those same reasons, Defendant's second Motion should again be denied.

DATED:  May 26, 2015.

Respectfully submitted,

By: */s/ Jason H. Cooper*
Jason H. Cooper (98476)
jcooper@lebfirm.com
By: */s/ M. Keith Lipscomb*
M. Keith Lipscomb (429554)

klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all registered counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*