Poplar Oaks, Inc.

VS

John Doe

John Doe subscriber assigned

IP address 75.74.184.31, Defendant

July 9, 2015, 2015

Re: Civil Action No. 0:15-CV-60281

To Whom It May Concern,

I have a device that was assigned an IP address 75.74.184.31. I am requesting a protective motion to squash or vacate the Subpoena for, I was allegedly accused of downloading or uploading material by Good Man Productions. Please do not share my information with Poplar Oaks, Inc.

Sincerely,

X *[signature]*

Vladimir Girol