```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-60281-CIV-ZLOCH
```

POPLAR OAKS, INC.,

    Plaintiff,

vs.                                            **O R D E R**

JOHN DOE, subscriber assigned IP
address 75.74.184.31,

    Defendant.
_____/

    THIS MATTER is before the Court upon Vladimir Girol's Motion To Quash Or Vacate The Subpoena (DE 20). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Vladimir Girol's Motion To Quash Or Vacate The Subpoena (DE 20) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of July, 2015.

                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

All Counsel of Record

Vladimir Girol, PRO SE
4170 Inverrary Drive #307
Lauderhill, FL 33319