**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

POPLAR OAKS, INC.,

    Plaintiff,

v.                                               Civil Action No. 0:15-cv-60281-WJZ

JOHN DOE, subscriber assigned IP address
75.74.184.31,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 75.74.184.31. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 24, 2015

                                                                Respectfully submitted,

                                                                By:    /s/ *M. Keith Lipscomb*
                                                                 M. Keith Lipscomb (429554)
                                                                 klipscomb@lebfirm.com
                                                                 Lipscomb, Eisenberg & Baker, PL
                                                                 2 South Biscayne Boulevard, PH 3800
                                                                 Miami, FL  33131
                                                                 Telephone:  (786) 431-2228
                                                                 Facsimile:  (786) 432-2229
                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*
 M. Keith Lipscomb